IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
~~Southern~~ _Northern_ DIVISION

RECEIVED
2007 NOV 16 A 10: 34

DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

Ramon Aguilera
#239536

**Plaintiff(s)**

v.

Jerry Ferrell, warden et al
State of Alabama

**Defendant(s)**

2:07cv1008-MEF

## MOTION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff(s) Ramon Aguilera #239536

moves this Honorable Court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion.

_Ramon Aguilera_
Plaintiff(s) signature