IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RAMON AGUILERA, #239536, | ) ) ) |
| Petitioner, | ) ) |
| v | ) ) Civil Action No.2:07cv1008-MEF |
| JERRY FERRELL, WARDEN, *et al.*, | ) ) ) |
| Respondents. | ) |

**O R D E R**

Petitioner, a state inmate, filed a petition under 28 U.S.C. § 2254 challenging his conviction and sentence. Although Petitioner filed a motion for leave to proceed *in forma pauperis* (Doc. No. 3), he did not submit the necessary supporting documentation from the prison account clerk; nor did he submit the requisite $5.00 filing fee. In light of the foregoing, it is

**ORDERED** that on or before December 17, 2007, Petitioner shall file either an affidavit in support of a request for leave to proceed *in forma pauperis* accompanied by a prison account statement from the account clerk at the Fountain/ JO Davis Correctional Facility showing the balance in his prison account at the time of his filing this petition **or** the $5.00 filing fee.

To aid Petitioner in complying with this order, the CLERK is DIRECTED to furnish him with a copy of the form affidavit used by persons seeking to proceed *in forma pauperis*

before this court.

    Done this 26th day of November, 2007.


                                       /s/Terry F. Moorer
                                 TERRY F. MOORER
                                 UNITED STATES MAGISTRATE JUDGE