IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RAMON AGUILERA,
  Petitioner

Vs.                                       Case Number 2:07cv1008

STATE OF ALABAMA, et al.,
  Respondents

2007 DEC 14 A 9:37
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## NOTICE OF INFORMATION

  Comes now Petitioner, Ramon Aguilera, pro se, before this Honorable Court and provides that upon the Court Clerks return of fee's notice, the petitioner has on November 22, 2007, sent a request for the monies in the amount of $5.00 (five Dollars) to the Accountant of this institution and have not received any receipt of the monies being sent out in a timely manner from my P.M.O.D. account.

  The Business office has received the request and pre-stamped envelope addressed to this Court, but through no fault of Petitioner the fee's being delayed, therefore before a issuance of DEFAULT the petitioner formally informs this Court that in fact the fees have been properly requested and are available to be sent as soon as the clerk in the business office "get's time, will forward to the Court such requested monies".

WHEREFORE THE FORGOING CONSIDERED: it is prayed that this Honorable Court, constrew this as notice of compliance to all his ability and the unforseen delay though no fault of his own will not prejudice any party in this filing, and the Petitioner wishes for an extention of remittal time in this matter.

Done this 10th day of December, 2007.

                                          Respectfully submitted,

                                          Ramon Aguilera

Ramon Aguilera
3800 Fountain G-Dorm
Atmore, AL 36503

MOBILE AL 366
12 DEC 2007 PM 2 L



"LEGAL MAIL"

United States District Court
C/o District Court Clerk
P.O. Box 711
Montgomery, AL 36104-0711

36101+0711