IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RAMON AGUILERA, #239536, | ) ) ) |
| Petitioner, | ) ) |
| v | ) ) Civil Action No.2:07cv1008-MEF |
| JERRY FERRELL, WARDEN, *et al.*, | ) ) ) |
| Respondents. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the petitioner on December 14, 2007 (Doc. No. 5), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the petitioner be GRANTED an extension from December 17, 2007, to and including January 11, 2008, to file either an affidavit in support of a request for leave to proceed *in forma pauperis* accompanied by a prison account statement from the account clerk at the Fountain/ JO Davis Correctional Facility showing the balance in his prison account at the time of his filing his habeas petition **or** the $5.00 filing fee, in compliance with this court's order entered on November 26, 2007.

Done this 21st day of December, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE