```
CORRECTED

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602002169
Cashier ID: dyates
Transaction Date: 12/21/2007
Payer Name: FOUNTAIN CORRECTIONAL CENTER
------------------------------------------
WRIT OF HABEAS CORPUS
 For: Ramon Aguilera
 Case/Party: D-ALM-2-07-CV-001008-001
 Amount:        $5.00
------------------------------------------
CHECK
 Check/Money Order Num: 31704
 Amt Tendered:  $5.00
------------------------------------------
Total Due:       $5.00
Total Tendered: $5.00
Change Amt:      $0.00
```