IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RAMON AGUILERA, #239536, | ) ) ) |
| Petitioner, | ) ) |
| v | ) ) Civil Action No.2:07cv1008-MEF |
| JERRY FERRELL, WARDEN, *et al.*, | ) ) |
| Respondents. | ) ) |

**ORDER ON MOTION**

Upon consideration of Petitioner's motions for leave to proceed *in forma pauperis*, and as Petitioner paid the $5.00 filing fee on December 21, 2007, it is

ORDERED that the motions for leave to proceed *in forma pauperis* (Doc. Nos. 3 and 8) be and are hereby DENIED as moot.

Done this 7th day of January, 2008.

                /s/Terry F. Moorer
                TERRY F. MOORER
                UNITED STATES MAGISTRATE JUDGE