**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece

Clerk of Court
U.S. District Court
Northern District of Alabama
1729 Fifth Avenue North
Birmingham, AL 35203-2000

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                              ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                2/1/08

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☑ No

Transfer 07 ev 1008

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☑ Registered          ☑ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article Number
   (Transfer from service l      7007 2680 0003 1841 5967

PS Form 3811, February 2004     Domestic Return Receipt          102595-02-M-1540